# Order

Michigan Supreme Court
Lansing, Michigan

February 27, 2007

132490

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                         SC: 132490
                                                          COA: 272540
                                                          Ingham CC: 79-029631-FY
MICHAEL WARD,
        Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the September 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220